IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAT VAN NGUYEN<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 4:09-cv-02129 |
| COMPUTER TECHNOLOGY<br>SOLUTIONS, L.P. & PERIPHERAL<br>COMPUTER SUPPORT, INC.<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## AGREED ORDER AND FINAL JUDGMENT

Pending before this Court is the Parties' Joint Motion for Approval of Settlement Agreement and Entry of Final Judgment Dismissing Lawsuit with Prejudice. Having considered the Parties' Motion, and having found that the Parties' Settlement Agreement is fair and equitable, the Court determines that the Parties' Motion should be granted in all respects. Therefore, the Court

ORDERS that the Parties' Settlement Agreement is approved and that this action is dismissed with prejudice.

Signed at Houston, Texas on **March 15**, 2010.

_____
The Hon. Melinda Harmon
United States District Judge

**AGREED IN FORM AND SUBSTANCE:**


/s/ Scott D. Nguyen
Scott D. Nguyen
Texas State Bar: 24063309
9801 Westheimer Rd., Suite 302
Houston, Texas  77042
Telephone:  (832) 971-8767
Facsimile:  (281) 605-4373

David Tang
Federal Bar: 639918
Texas State Bar: 24014483
448 West 19th, Suite 161
Houston, Texas  77008
Telephone: (832) 287-2129
Facsimile: (832) 217-3227

ATTORNEYS FOR PLAINTIFF



/s/ Thomas H. Wilson
Thomas H. Wilson
Federal Bar: 6585
Texas State Bar: 21726500
Martin Luff
Federal Bar: 1012319
Texas State Bar: 24065650
Vinson & Elkins, L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas  77002
Telephone: (713) 758-2172
Fax: (713) 615-5021

ATTORNEYS FOR DEFENDANTS